MUNICIPAL INVESTING COMPANY, Appellant, v. HOWARD B. BULLARD,

Respondent, and Others, Defendants.—Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.